■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARLENE SMITH, Also Known as RENEE WALKER, Appellant. [619 NYS2d 576] —Appeal by the defendant from a judgment of the County Court, Westchester County (Scarpino, J.), rendered December 3, 1993, convicting her of criminal possession of stolen property in the fourth degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Sullivan, J. P., Rosenblatt, Altman, Hart and Friedmann, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK Respondent, v TERRENCE SMITH, Appellant. [619 NYS2d 576] —Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (Mullen, J.), rendered January 7, 1994.

Ordered that the judgment is affirmed (see, People v Pellegrino, 60 NY2d 636; People v Kazepis, 101 AD2d 816). Thompson, J. P., Miller, O'Brien, Santucci and Joy, JJ., concur.